**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

ENTERPRISE LEASING COMPANY,
A Minnesota corporation d/b/a Enterprise
Rent-A-Car,

Plaintiff,

vs.

METROPOLITAN AIRPORTS
COMMISSION, a public corporation,

Defendant.

File No. 98-CV-1327 JRT/FLN

**ORDER**

---

Pursuant to the Opinion of the United States Court of Appeals for the Eighth Circuit issued on May 30, 2001, **IT IS ORDERED** that the portion of the Order and Judgment of the Court entered on April 24, 2000, as clarified by Order of the Court filed May 30, 2000, that (1) declared "Ordinance 85" as enacted by defendant and effective on May 1, 1998 to violate Minnesota Statute § 473.651; (2) enjoined defendant from implementing or enforcing the 8.5% user fee assessed against off-airport automobile rental agencies under Ordinance 85; and (3) ordered defendant to refund to plaintiff any user fees paid to defendant in compliance with Ordinance 85 prior to the date of the Court's April 24 Order, is hereby **VACATED.** The Clerk of Court is directed to enter judgment for defendant, and plaintiff's Complaint is hereby **DISMISSED in its entirety and with prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 31, 2001

BY THE COURT

HONORABLE JOHN R. TUNHEIM
Judge of United States District Court

FILED JUL 31 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JUL 31 2001
DEPUTY CLERK

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500